UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Wisconsin Voters Alliance, et al.

                Case No. 1:20-cv-01487-WCG

           Plaintiffs,

v.

City of Racine, et al.

           Defendants.

## DEFENDANTS' JOINT MOTION TO DISMISS
## PURSUANT TO FEDERAL RULE 12(b)1

      Defendants City of Racine, City of Milwaukee, City of Kenosha, City of Green Bay, and City of Madison, by their attorneys, hereby move this Court pursuant to Federal Rule of Civil Procedure 12(b)1 for dismissal of the proceedings.

      The grounds for the Defendants' Motion are that the Court lacks subject-matter jurisdiction pursuant to Rule 12(b)1, which is argued in detail in the accompanying Defendants' Joint Brief in Support of Motion to Dismiss Proceedings.

      This Motion is in response to the allegations in the Complaint and the Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order. Defendants file concurrently herewith Defendants' Joint Brief in Support of this Motion.

      WHEREFORE, Defendants City of Racine, City of Milwaukee, City of Kenosha, City of Green Bay, and City of Madison respectfully request that this Court enter an Order dismissing the Plaintiffs' Complaint and Motion for a Temporary Restraining Order, with prejudice, and for such other and further relief as this Court deems just and proper.

1

Case 1:20-cv-01487-WCG    Filed 10/09/20    Page 1 of 3    Document 23

Dated at Kenosha, Wisconsin, this 9th day of October, 2020.

    s/ Vanessa R. Chavez
Vanessa R. Chavez (State Bar No. 1103015)
Lindsay J. Mather (State Bar No. 1086849)
*Attorneys for Defendant, City of Green Bay*
CITY OF GREEN BAY
100 N. Jefferson Street, Room 200
Green Bay, WI 54301
Telephone: (920) 448-3080
Facsimile: (920) 448-3081
Vanessa.Chavez@greenbaywi.gov
Lindsay.Mather@greenbaywi.gov


s/ Bryan A. Charbogian
Bryan A. Charbogian (State Bar No. 1113801)
Edward R. Antaramian (State Bar No. 1019160)
Christine M. Genthner (State Bar No. 1000608)
*Attorneys for Defendant, City of Kenosha*
CITY OF KENOSHA
Kenosha City Attorney's Office
625 52nd Street
Kenosha, WI 53140-3480
Telephone: (262) 653-4170
Facsimile: (262) 925-5933
eantaramian@kenosha.org
cgenthner@kenosha.org
bcharbogian@kenosha.org


s/ Michael R. Haas
Michael R. Haas (State Bar No. 1020889)
Patricia A. Lauten (State Bar No. 1030520)
Steven C. Brist (State Bar No. 1005479)
*Attorneys for Defendant, City of Madison*
CITY OF MADISON
Office of the City Attorney
City-County Building, Room 401
210 Martin Luther King, Jr. Boulevard
Madison, WI 53703-3345
Telephone: (608) 266-4511
Facsimile: (608) 267-8715
mhaas@cityofmadison.com
plauten@cityofmadison.com
sbrist@cityofmadison.com

2

 s/ Scott R. Letteney
Scott R. Letteney (State Bar No. 1000559)
*Attorney for Defendant, City of Racine*
CITY OF RACINE
730 Washington Avenue, Room 201
Racine, WI 53403
Telephone: (262) 636-9115
Facsimile: (262) 636-9570
scott.letteney@cityofracine.org


 s/ Kathryn Z. Block
Kathryn Z. Block (State Bar No. 1029749)
James M. Carroll (State Bar No. 1068910)
*Attorneys for Defendant, City of Milwaukee*
CITY OF MILWAUKEE
Milwaukee City Attorney's Office
200 E. Wells Street, Room 800
Milwaukee, WI 53202-3515
Telephone: (414) 286-2601
Facsimile: (414) 286-8550
kblock@milwaukee.gov
jmcarr@milwaukee.gov