# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Wisconsin Voters Alliance, David Tarczon, Elizabeth Clemens-Tarczon, Jonathan Hunt, Paula Perez, Maria Eck, Douglas Doeran, Navin Jarugumilli,

**Court File No. 20-cv-01487**

Plaintiffs,

vs.

**PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**

City of Racine, City of Milwaukee, City of Kenosha, City of Green Bay, City of Madison,

Defendants.

---

The Plaintiffs Wisconsin Voters Alliance, David Tarczon, Elizabeth Clemens-Tarczon, Jonathan Hunt, Paula Perez, Maria Eck, Douglas Doeran, Navin Jarugumilli, through their counsel, move for a preliminary injunction pending appeal. The Plaintiffs' motion will be based upon filed memoranda of law, supporting declarations and exhibits, and oral argument if deemed necessary by the Court, including all other documents filed in these proceedings as deemed necessary.

Dated: October 15, 2020.

  /s/ Erick G. Kaardal
 Erick G. Kaardal, No. 1035141
Special Counsel for Amistad Project of Thomas More Society
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*