# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 23, 2020

Before

DIANE S. SYKES, *Chief Judge*
JOEL M. FLAUM, *Circuit Judge*
FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 20-3002 | WISCONSIN VOTERS ALLIANCE, et al., Plaintiffs - Appellants<br><br>v.<br><br>CITY OF RACINE, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-01487-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach | |

Upon consideration of the **MOTION FOR INJUNCTION PENDING APPEAL**, filed on October 23, 2020, by counsel for the appellants,

**IT IS ORDERED** that the motion for injunctive relief is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)